had jurisdiction to issue the commitment under section 226 of the State Charities Law.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.; CRANE, J., dissents and votes for dismissal of appeal upon the ground that the relators have not been found guilty.

---

THE FIDELITY AND COLUMBIA TRUST COMPANY, as Trustee of NATHAN F. BLOCK et al., Respondent, *v.* GUSTAV S. LEVIN et al., Appellants.

*Landlord and tenant — lease — option — waiver — action for declaratory judgment defining right of parties under lease and sublease — failure to exercise option to renew — alleged waiver of compliance with provisions of lease.*

*Fidelity & Columbia Trust Co.* v. *Levin,* 221 App. Div. 786, affirmed. (Argued April 10, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to obtain a declaratory judgment defining the rights of the parties under a lease from plaintiff to defendant Levin and a sublease from Levin to defendant Israel. The question was as to whether plaintiff had waived compliance by defendant Levin with a provision in the lease in reference to the exercise of an option to renew and whether it was in any way estopped from enforcing the contract.

*Simon Fleischmann, Martin Clark* and *William R. Pooley* for Gustav S. Levin, appellant.

*Isadore Bookstein, Daniel J. Dugan* and *Avrom M. Jacobs* for David Israel, appellant.

*E. C. Schlenker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.